_John David Pamplin_
Name

_NNCC PoB 7000_

_Carson City, NV_

_74405        2·14·20_
Prison Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### ***

_John David Pamplin_ ,
_____ Plaintiff

vs.

_Clucas R/N CN III_ ,

_AW Ron Schreckengost_ ,

_K.MC Cullah R/N_ ,

_O.M.D. Director of Prisons_ ,

_____ ,
Defendant(s).

Case No. _____
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A.     JURISDICTION

1)     This complaint alleges that the civil rights of Plaintiff, _Pamplin~John_ ,
(print plaintiff's name)

who presently resides at _Northern Nevada Correctional_ , were violated by

the actions of the below-named individuals that were directed against Plaintiff at

_Warmspring Correctional_     on     the     following     dates:
(institution/city where violation occurred)

_Title II of ADA_ , _Deliberate Indifferent_ , and _8th Cruel and Unusual_
(Claim 1)                (Claim 2)                    (Claim 3)  _Punishment_

Revised 7/8/19

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2)   Defendant _Clucas  RNCN III_ resides at _Carson City_, and is
     (full name of first defendant)        (address of first defendant)

     employed as _RN, CN III_. This defendant is sued in his/her
     (defendant's position and title, if any)

     ✗ individual ✗ official capacity. (Check one or both.) Explain how this defendant was acting

     under color of law: _RN CN III  HAd Knowledge of my flat yard_
     _Restriction And fail to help_

3)   Defendant _AW Schreckengost_ resides at _Carson City_, and is

     employed as _Warden_. This defendant is sued in his/her

     ✗ individual ✗ official capacity. (Check one or both.) Explain how this defendant was acting

     under color of law: _HAd Knowledge of my flat yard need And_
     _didnt fix OR Order a Transfer_

4)   Defendant _K McCullah_ resides at _Carson City_, and is

     employed as _R/N_. This defendant is sued in his/her

     ✗ individual ✗ official capacity. (Check one or both.) Explain how this defendant was acting

     under color of law: _HAd Knowledge of my flat yard needs_
     _didnt help fix the issue_

5) Defendant _Administration_ resides at _Carson City_, and is employed as _Director of Prison_. This defendant is sued in his/her

☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _Classified me to a Prison with a steep hill Knowing Ave got a walkin disability with flat yard Restrictions_

6) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

## B.   NATURE OF THE CASE

8) Briefly state the background of your case.

On Sept 14 2018 Administration Classified me to WSCC And housed me upon a hill in Unit 4 B North Administration And All the defendants had Personal Knowledge of my walking disabilities And The Special Doctor Ordered Flat yard Restriction And the ADA Requirements yet The defendants ignored all my Crys for help. And left me to Suffer

3

### C.    CAUSE(S) OF ACTION

#### CLAIM 1

The following civil rights have been violated: Title II of ADA

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Each defendant had Knowledge of the Steep Hill Which OMD Classified me to this prison Knowing I'm a disable with dropfoot, Right Hip and lower back injuries And walking up And down this steep hill has cause great Pain And Suffering. The defendants has Violated my flat yard Restriction By placing me on this Steep Hill And its made my Condiction Worse walking this Steep hill 10 to 14 Times daily to Chow hall, Pill Call, Pick up legal mail, Church, Any Place I have to go I've got to walk down this Steep hill Which The defendant States its a Barrier Free Yard I dont Know What that means. Warmsprings Unit 4B is Not Handicap Accessible

**CLAIM 2** *Deliberate Indifferent*

The following civil rights have been violated: _____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Both Clucas And K. McCullah had Personal Knowledge of this hill And fail to Address the pain And suffering Cause by this daily walking up and down this hill, Stating its a Barrier free yard, when Clearly theres a Steep hill. They deliberately Place me in Unit 4B Knowing I'd have to walk this Steep hill daily to hurt my injuries even more. Months of walking up And down this Steep hill has cause serious injuries to my lower Back Right hip The defendants ignored all my Crys for help Warmsprings is Not a handicap Adcessible yard The defendant's refusal to move me to a different yard OR Flat yard has amounted to deliberate indifference to an unreasonable Risk of serious harm

5

## CLAIM 3

The following civil rights have been violated: 8th Amendment
Cruel And Unusual Punishment

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Each defendant had Personal Knowledge of my Flat yard Doctors ordered Restrictions yet. They deliberately Place me on this Steep hill to Cause pain And Suffering And More injuries to my dropfoot issue my Right Hip And lower back injuries Even After grieving the issue the defendants fail to help me Stating OR lying Saying H a "Barrier Free Yard" Unit 4B @ Warmsprings is Not handicap Accessible These defendants interfered with Strict Doctors Orders

9)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

    a)  Defendants: _____

    b)  Name of court and docket number: _____

    c)  Disposition (for example, was the case dismissed, appealed or is it still pending?):

        _____

    d)  Issues raised: _____

        _____

        _____

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

10)  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

    a)  Defendants: _____

    b)  Name of court and case number: _____

    c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

        (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

    d)  Issues raised: _____

        _____

        _____

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a)  Defendants: _____

b)  Name of court and case number: _____

c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

(2) malicious; or (3) failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a)  Defendants: _____

b)  Name of court and case number: _____

c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

(2) malicious; or (3) failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

D.     REQUEST FOR RELIEF

I believe I am entitled to the following relief: Pamplin Prays this Court Enters Judgement Granting declaration. The act described Violated my Right under the Constitution Plus Grant Pamplin Compensatory damages in the amount 10 million Against each defendant And Punitive damages of 15 million against each defendant Plus the Recovery of all Cost in this Suit Thankis for any help the Court deem just in this unjust situation.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

2/14/20
_____
(date)

United State District Court
District of Nevada

John D. Pamplin

v

Clucas RN

Declaration of
John David Pamplin

John David Pamplin hereby declares:

On or about Sept 14, 2018  O.M.D./Prison
Administration Classifyed me to Warmsprings
Unit 4B which, The Unit is on a Steep hill.
Administration had Knowledge of my walking
disabilities And Knowledge of the Doctor
Ordered Flat yard Restriction which
has been in my file since 2003 due

To my walking disability Call dropfoot Plus, Today I also have injuries to my Right Hip And lower back that Requires me to use a Cane. Administration was aware of my medical history And A.D.A. Requirements/. Restriction. Yet, They Place me on this Steep hill to Cause greater injuries to my Right Hip And lower back. I'm in great pain due to the daily walking up And down this Steep hill without any Support. I declare under penalty of Perjury that the foregoing is True and Correct. Executed at NNCC Carson City, N.V.  Feb 14, 2020

74405

John D. Pamplin

2

Log Number 200030071940

*Medical*

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: John Q Pamplin   I.D. NUMBER: 74405

INSTITUTION: Warm Springs   UNIT: 4 B 4

GRIEVANT'S STATEMENT: Yes, I'm in pain due to long walk to chow and Pill twice daily down hill going and Up the hill back. Now, I've got a flat yard restriction from the Doctor because of my injured right hip and lower back. Yet, NDOC Classifyed me to this hill in violation to Doctors

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: John Q Pamplin   DATE: 9/14/18 TIME: 10:00 AM

GRIEVANCE COORDINATOR SIGNATURE: AW/M   DATE: 9/21/   TIME: _____

GRIEVANCE RESPONSE: _____

*See attached, dated 10/10/18*

CASEWORKER SIGNATURE: _____   DATE: _____

_____ GRIEVANCE UPHELD   ✗ GRIEVANCE DENIED   _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: AW/M   DATE: 10/16/18

_____ INMATE AGREES   ✗ INMATE DISAGREES

INMATE SIGNATURE: John Q Pamplin   DATE: 10/19/18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Rec'd 9/17/18
@ 11:30am

RECEIVED
SEP 25 2018
BY WSCC

DOC 3091 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: John D. Pamplen     I.D. NUMBER: 74485

INSTITUTION: Warm Springs     UNIT #: 4A

GRIEVANCE #: 1     GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2   OF 2

Strict Orders. I'm requesting an immediate
Transfer to a flat yard to releave me of
the suffering and pain trying to walk too
and from Chow hall & pill Call twice daily
up and down this hill. OR Ad See me
so I dont have to further injure myself by
walking these great distance without the
medical dropfoot brace which as of yet
has Not been provided since the officer
took it in 2013 Please help with this
most important matter.
                              Thanks in advance

Original:    Attached to Grievance
Pink:       Inmate's Copy



DOC - 3097 (01/02)

# State of Nevada
# Department of Corrections

## INMATE GRIEVANCE REPORT

**ISSUE ID#**   20063071940

**ISSUE DATE:**   09/25/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| PAMPLIN, JOHN D | 74405 | RTRN_INF | KMCCULLAH |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 10/10/2018 | 5 | Denied | BRHILL | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Inmate Pamplin-
WSCC is considered a barrier free institution.  If you are having difficulty walking due to medical issues, please follow proper protocol by submitting a kite to be seen by a medical provider, and you will be scheduled accordingly.Grievance is denied.
K. McCullah, R.N.

*GRIEVANCE RESPONDER*   15 oct 2018

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   OCT-10-18 10:42 AM

Page 1 of 1

Log Number _2006307194_

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: _John D Tamplin_ I.D. NUMBER: _7440S_

INSTITUTION: _WSCC_ UNIT: _4B4_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006307940_ , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Tamplin John_ DATE: _11·6·18_

WHY DISAGREE: _Resubmitting First level didn't provide all documentation_
_which Now I included in formal with Report Statement And First_
_level with, Improper memo  Yes I'm in great pain due to_
_the long walk up and down the hill going to pill call, Do_
_chow twice daily which due got a flat yard restriction_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _11/6/18_

FIRST LEVEL RESPONSE: _____
_See attached, dated 11/19/18_
_____

_____ GRIEVANCE UPHELD _X_ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____ TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

_____ INMATE AGREES _X_ INMATE DISAGREES

INMATE SIGNATURE: _John D Tamplin_ DATE: _11/27/18_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

_Rec'vd_
_11-7-18_
_H_

RECEIVED
NOV 0 9 2018
By _WSCC_

DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Pamplin John     I.D. NUMBER: 74485

INSTITUTION: WSCC     UNIT #: 4B4

GRIEVANCE #: 2006307194D     GRIEVANCE LEVEL: Second

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2   OF 2

due to my injured right hip and lower back Yet NDOC
Classified me to this yard with a steep hill in
violation of the doctors orders I'm requesting a
immediate transfer to a flat prison yard which
would relieve me of the suffering and pain of daily
walking up & down this hill also, provide me with
a dropfoot brace which the doctor has approved
As of date I've Not receive a dropfoot brace to
support my walking disabilitie Clearly I'm on a
steep hill here of WSCC I'd like the Transfer Plus
provided with a dropfoot brace and Supportive
Shoes to help with my medical issues

Thanks in advance

Administrative Claim Attached.

Original:     Attached to Grievance
Pink:       Inmate's Copy



DOC – 3097 (01/02)

# State of Nevada
# Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#**   20063071940

**ISSUE DATE:**   09/25/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| PAMPLIN, JOHN D | 74405 | RTRN_L1 | CLUCAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 11/19/2018 | 4 | Denied | BRHILL | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Inmate Pamplin, as stated in the answer in your informal grievance WSCC is considered a barrier free yard. We will schedule you with a provider to discuss your classification and need for a new AFO. If the provider agrees you need a new AFO, it will be submitted to the Utilization Review Committee for approval. If approved you will be scheduled with Ortho Pro and a new AFO will be ordered. Grievance denied.

*GRIEVANCE RESPONDER*

LOG NUMBER: _2006 30 7/94)_

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: _John D Camplin_          I.D. NUMBER: _74405_

INSTITUTION: _WSCC_          UNIT: _4B3_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006307I940_, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: _11·27·18_

WHY DISAGREE: _Submitting Second level with all detuments to_
_informal & Report Statement Attached And First level And memo_
_kdm in great pain due to the long walk up and down this_
_hill going to pill Call and Chow twice daily which we got a_
_flat yard restriction due to my injured right hip and lower_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _Michael D Linen_          TITLE: _MD_          DATE: _2/19/19_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _3/_____

INMATE SIGNATURE: _Campl_          DATE: _3/15/19_

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

_Recvd_          _GI BSON_

_11-26-18_          _3/15/19_


RECEIVED
DEC 03 2018
By _WSCC_

**DOC 3094 (12/01)**

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Pamplin    I.D. NUMBER: 74485

INSTITUTION: WSCC    UNIT #: U4B5

GRIEVANCE #: 2006307 1940    GRIEVANCE LEVEL: Second

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 2

back yet NDOC Classified me to this prison with a steep hill in Violation of the doctors orders. Im requesting a immediate transfer to a flat prison yard which would relieve me of the suffering and pain of daily walking up & down this hill. Also provide me with a dropfoot brace which The doctor has approved. As of date I've Not receive a dropfoot brace to support my walking disability. Clearly there a steep hill here at WSCC which is causing great pain and suffering. And Please provide me with the dropfoot brace Plus Shoes to help support my walking disability.

Thanks in advance

Original:     Attached to Grievance
Pink:         Inmate's Copy



DOC – 3087 (01/02)



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

Please return this signed copy
and a the canary copy to
WSCC

**ISSUE ID#**   20063071940

**ISSUE DATE:**   09/25/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| PAMPLIN, JOHN D | 74405 | RTRN_L2 | MMINEV |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 02/07/2019 | | Resolved | VAUSTIN | A |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

Mr. Pamplin,   Upon review of your Second Level Grievance and prior Informal and First Level responses your Grievance is resolved. You recently saw the provider at WSCC.  You discussed WSCC as a `Barrier Free Yard?`.  The distance from Unit 4 to Culinary and Pill call is not greater than 200 yards. You can generally get your pills at the same time you get meals. He did put in a request for a new foot brace which UR has approved and you will be scheduled to see Ortho Pro, accordingly. You have also been prescribed medication for your pain management. I believe all of your concerns have been addressed and resolved.

_____
GRIEVANCE RESPONDER

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ _10. 000_ is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | | 2. I.D. # | 3. INSTITUTION |
|---|---|---|---|
| Pamolia John | | 74405 | WSCC |
| 4. AMOUNT OF CLAIM | 5. DATE AND DAY OF OCCURRENCE | | 6. TIME (a.m. or p.m.) |
| $10.000 | 9/14/18 | | |
| 7. PLACE OF OCCURRENCE | | | |
| WSCC | | | |

Page 1 of 3

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and why you believe the institution is responsible or liable:

I was placed on The Hill in Unit 4B4 @ WSCC And daily walking up and down the hill 10 to 14 times daily has Cause great pain and Suffering Plus I have a flat yard restriction Yet Medical will Not move me nor will they provided me with a dropfoot brace to support my walking disability Nor will they move me to a flat yard

9. Witnesses. Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

Medical Staff, Case workers have Knowledge of this issue yet Nothing has been done to help

10. Other pertinent information: As of Date I've Not been provided with a drop foot brace for Support And my injuries have only gotten worse Really bad pain in my Right hip and lower back Medical will Not help!

ESP LAW LIBRARY

STATE OF _____ )
                            ) SS
COUNTY OF _____ )

I, _____, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those matters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this ___6th___ day of ___Nov___, 20_18_

_____
Signature of Claimant

### NOTICE

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

DOC – 3095 (12'01)

ESP LAW LIBRARY