UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN D. PAMPLIN,

Plaintiff,

v.

C. LUCAS, et al.,

Defendants.

Case No. 3:20-CV-0111-CLB

**ORDER**

On March 8, 2021, the Office of the Attorney General declined to accept service "on behalf of Defendant C. Lucas as there is no current or former employee of the Nevada Department of Corrections with that name." (ECF No. 4). Plaintiff filed nothing in response.

On June 8, 2021, the court advised Plaintiff of its intention to dismiss C. Lucas for failure to file proof of service. (ECF No. 16). Plaintiff was ordered to file proof of service on or before July 8, 2021, with service to have taken place before May 17, 2021, pursuant to Federal Rule of Civil Procedure 4(m). (*Id.*).

On June 28, 2021, Plaintiff's filed a "motion to serve unserved Defendant C. Lucas". (ECF No. 17). In this motion, Plaintiff demands Deputy Attorney General Doug Rands either serve C. Lucas, or provide an address under seal for C. Lucas. (*Id.*) However, the Nevada Attorney General's Office explicitly stated there is no current *or former* employee by this name in its notice of acceptance of service. (ECF No. 4). Therefore, a last known address cannot be provided for a person who either is misidentified or did not work for NDOC. Therefore, Plaintiff's motion (ECF No. 17) is **DENIED**.

Plaintiff shall have to and including **July 16, 2021** to further identify the Defendant C. Lucas so that the AG's Office may be able to identify this person as an employee (i.e., first name or alternate spelling). Otherwise, the court will dismiss C. Lucas pursuant to Fed. R. Civ. P. 4(m).

**DATED**: June 29, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**