|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| JOHN D. PAMPLIN, | Case No. 3:20-CV-0111-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| C. LUCAS, et al., | |
| Defendants. | |

On March 8, 2021, the Office of the Attorney General declined to accept service "on behalf of Defendant C. Lucas as there is no current or former employee of the Nevada Department of Corrections with that name." (ECF No. 4). Plaintiff filed nothing in response.

On June 8, 2021, the Court advised Plaintiff of its intention to dismiss C. Lucas for failure to file proof of service. (ECF No. 16). Plaintiff was ordered to file proof of service on or before July 8, 2021, with service to have taken place before May 17, 2021, pursuant to Federal Rule of Civil Procedure 4(m). (*Id.*).

On June 28, 2021, Plaintiff's filed a "motion to serve unserved Defendant C. Lucas". (ECF No. 17). In this motion, Plaintiff demands Deputy Attorney General Doug Rands either serve C. Lucas or provide an address under seal for C. Lucas. (*Id.*) However, the Nevada Attorney General's Office explicitly stated there is no current *or former* employee by this name in its notice of acceptance of service. (ECF No. 4). Therefore, a last known address cannot be provided for a person who either is misidentified or did not work for NDOC. Plaintiff's motion was denied, (ECF No. 18), and plaintiff was ordered to further identify C. Lucas on or before July 16, 2021.

Pamplin has now filed another motion to serve Defendant C. Lucas to which he attached a copy of a grievance that was assigned to "CLUCAS." (ECF No. 24.) Therefore, Plaintiff's motion to serve Defendant C. Lucas, (ECF No. 24), is **GRANTED**. Pamplin's duplicate motion to serve Defendant C. Lucas, (ECF No. 23), is **DENIED as moot.**

The Office of the Attorney General shall either accept service on behalf of C. Lucas[1] or file the last known address of this Defendant on or before **Friday, July 30, 2021.**

**DATED**: July 14, 2021 .

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Or may be spelled CLUCAS.