John D. Pamplin
WSCC PCB 7007
Carson City, NV
89702

United States District Court
District of Nevada

John D. Pamplin

Case No: 3:20 CV 00111 MMD-CLB

VS

C. Lucas

Plaintiffs Motion Opposing Defendants
Summary Judgment Motion

Plaintiffs John David Pamplin, wh, Pro Se, Respectfully
Submits this Opposition to Defendants Motion for Summary
Judgment. This motion is based on the following Memorandum
of Points. And Authorities. The attached Exhibits and
declaration and all Papers and Pleadings on file.

Memorandum of Points and Authorities

I. Introduction And Procedural history

Plaintiff John D. Pamplin Currently housed at Warmspring
Corrections Center. In The Complaint Pamplin Sues Multiple
Defendants for the events that took Place while Pamplin was
incarcerated at Warmsprings Correctional Center And The Courts
found that Pamplin States a Colorable Eighth Amendment Claim
Against Defendant Landis Kambur formerly Known as
C. Lucas And K. McCullah The Court Stated that the
Complaint alleges facts Sufficient to Show that Both

-1-W

Defendants Candis Rambur And K. McCullah Knew that Tamplin had dropfoot, Righthip and Back injuries, that Caused Tamplin Pain When he had to Climb up and down the hill. But, Unreasonably and deliberately Chose Not to help or Transfer Tamplin to Address the Problem. Then They All Baselessly Claimed the yard is a Barrier free yard Which Caused Tamplin Prolonged Pain and More injuries.

In Tamplins Complaint he Complained to Rambur and McCullah that his housing situation required him to Walk up and down the hill, And he was having difficulties walking and experienc pain due to his medical Condition. Tamplin further Claim that Rambur and McCullah denied his Request to be accommodated through Transfer to a flat yard OR denied all Tamplins Crys for help even a Transfer to another Unit on the yard But Both Claimed that the yard where he was, housed is Barrier free even though Tamplin had informed them of the Problems Posed By the hill... Within the Screening the Court found that the Complaint adequately State that Defendant Rambur And McCullah deliberately Refused to accommodated Tamplins Disability-Related Mobility needs and his ADA Claim was allowed to Proceed against Both Candis Rambur And K. McCullah. Therefore, Tamplin was allowed to Proceed on 2 Claims against 2 Defendants.

II.     Statement of Undisputed facts
On September 12, 2018 Tamplin was Classified, Pursuant to a Settlement agreement in a Prior Civil Matter, to Be Transferred

-2-

From Ely State Prison to Warmsprings Correctional Center Exhibit F Prior to his move Pamplin was Classified By Medical to Be Restricted to a Barrier free Yard OR Institution. The Only limitation is that he Could Not Be housed at High Desert State Prison. Upon Arrival at WSCC Pamplin kited Medical Requesting a Transfer to a flat yard OR Transfer me to the lower flat yard here at Warmsprings But, Both Rambur OR McCullah denied all Pamplins Request for Both Transfers to a Lower yard here at Warmsprings And A Transfer to another flat yard Prison Yet, Both Rambur And McCullah States "Warmsprings is a Barrier free Yard" Clearly they Both are UnTrue Statments. On January 24, 2019 Pamplin was seen By Medical. NO Evaluation was done with Ortho fro in regards to a dropfoot Brace which was Not done untill August 1, 2019 at WNCC Pamplin Receive Dropfoot Brace Then On September 24, 2018, Pamplin file a grievance stating that he has a flat yard Restriction And he was in pain walking to Chow hall And Pill Call up and down the Steep hill" In Response Nurse McCullah And Nurse Rambur Again lies Maken false Statement Concerning the hill at Warmsprings Pamplin, Was Only Trying to Stop his Pain And Suffering walk Up And down the hill Not Trying to dictate "Pamplins Placement within the NDOC as the Defendants states. If The Nurses OR Medical had done there Job we OR Pamplin would Not had to file this Civil Complaint.

3

# Argument Opposing Summary Judgment

A- Pamplin is entitled to Recover On his Eighth Amendment Claim. Rule 56(e) itself Provides that a Party Opposing a Motion for Summary Judgment Must set forth specific facts showing that there's a genuine issue for Trial. Estelle V. Gamble 429 US 97 (1976) Clearly States "A Prison official Violates the Eighth Amendment When he acts with deliberate indifference to a Serious medical need of an inmate And the deprivation was serious enough to Constitute Cruel And Unusual Punishment. Here, Pamplin Clearly Wrote Medical on Many Occasions Concerning this very important Matter. Exh#1 Entitle Medical Kite 9/18/18 Pamplin States he was in pain Walking up + down the steep hill. Pamplin also State to Medical that he's got a flat yard Medical Restriction in his file And Then Ask Medical to Place him on the lower flat Part of the yard at WSCC or Transfer him to a flat Yard. NO Response from Medical at all. Exh#2 Entitled Inmate Request Kite 9/19 He Pamplin Again Write a Kite to Caseworker Henley Stating his flat yard Restrictions And He's in great Pain Walking up And down the steep hill Plus Ask to Transfer him to the lower yard or Transfer him to A flat Yard to Relieve him of the Pain And Suffering Caused by Walking up and down this steep hill. Again (Nothing is done) The Response is WSCC is A flat yard   Pamplin is housed appropriately Exh#3 Entitled Inmate Request Kite dated 9/20/18 Pamplin Again Kite Caseworker Adams for help Adams Response

4

is it dont Move inmates to Unit 1 or Unit 2
Pamplin Clearly Made the Appropriate Request to Move
to the lower Part of WSCC Were the Yard is flat
OR Move him to A flat Yard And Again
Nothing is done And Pamplin Continues to Suffer
Exh #4 Inmate Request Kite dated 10/15/18. After Henley
Pamplin Again States he's in great Pain And Suffering
walking up and down this hill. He States he's Wrote
Medical Yet Nothing is done to help. He Again ask
to Move to the flat Part of WSCC to Relieve the
Pain And Suffering   Again CCS II Respond 10/18/18
All of WSCC is Considered a flat Yard
        Clearly WSCC is Not A flat Yard
Exh #5 Inmate Grievance Informal, First level And
Second level. Which On 9/25/18 R.N. K. McCullah
Respond to Informal Grievance Stating Again WSCC is
A Barrier free Yard, And If I'm having difficulty
Walking due to Medical issues Please Kite
Which, R.N. McCullah Denied the first level
Deliberately disregarding My Serious Medical issue
Which  I had Wrote Medical Kite's On 9/18/18
R.N. McCullah Clearly was aware of My Serious
Medical Needs yet Refuse to help me. Again On
9/25/08 R.N. Rambur Responds to first level Grievance
Again States WSCC is Considered a Barrier free
Yard Again R.N. Rambur, Clearly aware of My
Medical Needs yet Denies the Grievance Without

given any Medical Attention. There Only Concerns are
the words is Considered a Barrier like Hard
No Consideration for Pamplins Diagnost a lower
back injuries. Both ORN RamOuk And RNMcCulloh
purposefully failed to Respond to Pamplins Serious
Medical injuries Causing Pain And Suffering Plus
Futher injuries to Pamplins Right hip and lower
back. Both RamOuk And McCulloh are liable
B. Pamplin is entitled to Recover Under the
Americans with Disabilities Act 42 USC And
the Rehabilitation Act RA. Armstrong V Schwarzenegger
622 F.3d 1058 (9th Cir 3210) Pursuant to ADA
No disabled individual Shall by Reason of disability
be excluded from participation in or be denied the benefits
of service programs, or activities of public entity or be
subjected to discrimination by any such entity. Then
pursuant to Rehabilitation Act be excluded from participatic
in or be Denied the Benefits of or be subjected to
discrimination Under any program or any activity. Pamplin
shows he was excluded from going to Chow, Church, And
Pill Call plus other activities the Prison has based on his
Physical handicap. Both RN RamOuk And McCulloh Cand
Pamplin Crys for help They Both Could have Transfered
Pamplin to the lower part of the Flat yard so he would
Not injure himself yet Both RN Nurses fail to
Provide Medical For that Reason they Violated ADA

## C. Pamplin Has Been Properly Reviewed by Medical Practitioner

Pamplin Submitts Exh # 6 Entitle Receipt of Prosthetic Medical Device
1. Single Point Cane   Dated 2/02/18
2. Right AFO Prosthetic Medical Device Dated 8/1/19
3. Orthopedic Mens Shoes   Dated 3/22/19

There Was a Medical Examination between Pamplin and the Provider Which Made, Or deemed that Pamplin was disabled and had a great Need of these Medical Devices to Support his Walking disabilities

### Conclusion

Dombrowski 87 Sct 1427 States Summary Judgment Will be denied if evidence is Controverted Because When evidence is Controverted, Assertions become Colorable for Purpose of Motion for Summary Judgment Law! Both Defendants Claims they are Not liable Because they Only Responded to the Grievances. But Both RN Rambur and RN McCullah had full Knowledge of Pamplins injuries Yet They Both Denied to help Denied to Provide Medical Denied to even See Pamplin When Clearly Pamplin made Medical aware of the Pain and Suffering he wa having Walking up and down the Steep hill yet They Both Allege the yard in a flat yard

D. Neither Defendant is Entitled to Qualified

7

Immunity. RN Rambur And K. McCullah Both are Denied Summary Judgment On Pamplins Eighth Amendment And American with Disabilities Act Claims Pamplin Was Not Treated Appropriately Pamplin, Was Suffering Great Pain And Continues to suffer great pain in his lower Back And Right hip due to the lack OR Denied Treatment By these Defendants. Pamplin, done the Proper Protocol By Writting the Caseworkers many time, Writing Medical many times. Yet, Pamplin Was Denied Treatment Denied all Crys for help NO Assistance at All By the Defendants

Therefore It is Respectfully Requsted that this Court Deny the Defendants Motion for Summary Judgment

Exhibits
1) Medical Kites
2) Inmate Request Kites Dated 9/19/18
3) Inmate Request Kite Dated 9/20/18
4) Inmate Request Kite Dated 10/15/18
5) Grievance Informal, First Second
6) Prosthetic Receipts
7) Pamplins Declaration

Dated this 26th Nov 2021

By John Q. Pamplin 74405
WSCC PCB 7007
8  Carson City, NV 89702

# EXHIBIT 1

Medical Kite

On Back
Dated 9/18/18

# EXHIBIT 1

9

PRINT NAME: Pamplin John
(Also print name and ID# at bottom of form where indicated)

ID#: 74405
DOB: 11/27/71

Institution: ESP          Date submitted: 9/18/18          Signature:

Medical: [✓]   Dental: [ ]   Mental Health: [ ]   Nursing: [ ]   Other:

**Reason for request: (Describe below)**

Yes I've walk up and down this hill 8 to 12 times daily
and why in great pain in my right hip and lower back
Theres a flat yard medical restriction on file Yet, OMD
Classified me here knowing theres this hill I can Not
Continue to suffer in pain walking too Chow & Pill Call.
either move me to this lower yard OR Transfer me to a flat yard.

**DO NOT WRITE IN AREA BELOW**

Response to request:

1/24/10

sun

---

[ ] Appointment Schedule for: __/__/__          Rescheduled for: __/__/__
[ ] No visit necessary
[ ] No Show for Appointment                      **RECEIVED**
[ ] Refused to be seen.  DOC 2523-Release of Liability signed      **SEP 18 2018**
                                                 BY: ___

**PRESCRIPTIONS**

[ ] KOP      [ ] NON-KOP
[ ] Order Date: __/__/__

**PLAN**

[ ] Follow-up appointment __/__/__          [ ] Return if needed
[ ] No follow-up required

Signature/Title of Provider _____          Date __/__/__

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or
SERVICE REPORT**

NAME: Pamplin   John
        Last      First      MI
ID#: 74405
Unit/Cell#: 4B4

DOC 2500 (03/18)

PAMPLIN 111: Def. MSJ Exh. 3 - 001

10

11

Duncan Respond On
9/24/18

To: Henley

Inmate Request Kite
Dated 9/19/18

{Exhibit # 2

Exhibit # 3

Inmate Request Kite
Dated  9/20/18

To: Adams

Adams Respond On
9/21/18

13

**INMATE REQUEST FORM**

| 1) INMATE NAME | DOC # | 2) HOUSING UNIT AND CELL | 3) DATE |
|---|---|---|---|
| John J. Pamplia | 74405 | 4B4 | 9/19/18 |

4) REQUEST FORM TO: (CHECK BOX)

X CASEWORKER    __ MEDICAL    __ MENTAL HEALTH    __ CANTEEN

__ EDUCATION    __ VISITING    __ LAW LIBRARY    __ DENTAL

__ LAUNDRY    __ PROPERTY ROOM    __ SHIFT COMMAND

__ OTHER _____

5) NAME OF INDIVIDUAL TO CONTACT: Ms Adams " Henley

6) REQUEST: (PRINT BELOW) I have flat yard Restrictions And I'm housed on this upper yard which I'm walking up and down 8, 10, 12 times daily in great pain either transfer to the lower Units here OR Transfer me to a flat yard. OMO Should. Never put my on this hill Knowing I've got this medical issues I'm in great pain Please help!

7) INMATE SIGNATURE John J. Pamplia    DOC # 74405

8) RECEIVING STAFF SIGNATURE _____ DATE _____

*****************************************************************

9) RESPONSE TO INMATE

WSCC is a flat Yard. You are housed appropately.

RESPONDING STAFF SIGNATURE _____ DATE 9-24-18

12

**INMATE REQUEST FORM**

| ) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| John R. Tamplin 74405 | | 4B4 | 9 20 18 |

4. ) __REQUEST FORM TO:__ (CHECK BOX)     ___ MENTAL HEALTH     ___ CANTEEN

X CASEWORKER     ___ MEDICAL     ___ LAW LIBRARY     ___ DENTAL

___ EDUCATION     ___ VISITING     ___ SHIFT COMMAND

___ LAUNDRY     ___ PROPERTY ROOM     ___ OTHER

5.) __NAME OF INDIVIDUAL TO CONTACT:__ _____ Ms Adams

6.) __REQUEST:__ ( PRINT BELOW) I'm willing to take any & all programs Just to move from this hill. It's very painful to walk up & down 8, 10 even 12 times daily to Chow, Pill Call, Law library, Church. Please help me! I have flat yard restriction & Aint no way this yard is considered flat. Not upon this hill

Thanks in advance

7.) INMATE SIGNATURE _____ DOC # 74405

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) __RESPONSE TO INMATE__

I dont move inmates to unit 1 or unit 2 Please Kite CCS Hilderbrand to see if you qualify for the Phoenix program. Attached is an app. for Re-entry (unit 1)

10.) RESPONDING STAFF SIGNATURE _____ Adams _____ DATE 9/21/18

14

DOC – 3012 (REV. 7/01)

*Third Kite*

## INMATE REQUEST FORM

| 1) INMATE NAME | DOC # | 2) HOUSING UNIT AND CELL | 3) DATE |
|---|---|---|---|
| Pamplin John | 74405 | 4B4 | 10/15/18 |

4) **REQUEST FORM TO:** (CHECK BOX)

✓ CASEWORKER    __ MEDICAL    __ MENTAL HEALTH    __ CANTEEN

__ EDUCATION    __ VISITING    __ LAW LIBRARY    __ DENTAL

__ LAUNDRY    __ PROPERTY ROOM    __ SHIFT COMMAND

__ OTHER _Henley_

5) **NAME OF INDIVIDUAL TO CONTACT:** Attention Henley!

6) **REQUEST:** (PRINT BELOW) Yes, Mr Henley I'm a disabled with drop-foot Right Hip + lower back injuries And Walking up and down this hill 12 to 14 times daily is Causing me great pain and suffering I've wrote medical Concering this issue Yet Nothing is being done So Move me to the flat part of the yard OR Transfer me to NNCC Thank's in advance

7) **INMATE SIGNATURE** John D Pamplin    DOC # 74405

8) **RECEIVING STAFF SIGNATURE**      DATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9) **RESPONSE TO INMATE**

All of WSCC in considered a flat yard. If medical feels you need to trcanster to NNCC they will advise your caseworker

**RESPONDING STAFF SIGNATURE** _____, CCSII    DATE 10-18-18

16

**INMATE REQUEST FORM**

| .) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| John W. Pamplin | 74405 | 4B1 | 11/18/18 |

4. )  **REQUEST FORM TO:**  (CHECK BOX)

\_\_ CASEWORKER    \_\_ MEDICAL    \_\_ MENTAL HEALTH    \_\_ CANTEEN

\_\_ EDUCATION    \_\_ VISITING    \_\_ LAW LIBRARY    \_\_ DENTAL

\_\_ LAUNDRY    X PROPERTY ROOM    \_\_ SHIFT COMMAND

   OTHER _____

5.) **NAME OF INDIVIDUAL TO CONTACT** Attention Sgt Johnson

6.) **REQUEST:** ( PRINT BELOW) Due to my dropfoot medical issue And the hip pain I'd like to try a pair of Boots to support my walking disability And/or the dropfoot Which Medical Should provide me with some proper supporting Shoes Anyways. If possible a 11½ Boot would work untill medical makes a move.

Thanks in advance Sgt Johnson

7.) INMATE SIGNATURE John W. Pampl    DOC # 74405

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9.) **RESPONSE TO INMATE**

BOOTS ARE ONLY GIVEN OUT TO CERTAIN WORKERS. LEGALLY, I CANNOT ISSUE YOU BOOTS FOR MEDICAL REASONS.

10.) RESPONDING STAFF SIGNATURE _____ DATE 11/20/18

DOC – 3012 (REV. 7/01)

Exhibit # 4

Inmate Request Kite
Dated  10/15/18

To: Henley


Duncon Respond  On
10/18/18

15

# EXHIBIT ▉ 5

On Back

## Inmate Grievance Report

Informal Grievance    9/14/18
First level Grievance    11/6/18
Second level Grievance    11/27/18

# EXHIBIT ▉ 5

17



**State of Nevada**
**Department of Corrections**

*INMATE GRIEVANCE REPORT*

ISSUE ID# 20063071940

ISSUE DATE: 09/25/2018

| INMATE NAME | | NDOC ID | TRANSACTION TYPE | | ASSIGNED TO |
|---|---|---|---|---|---|
| PAMPLIN, JOHN D | | 74405 | RTRN_INF | | KMCCULLAR |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 10/10/2018 | 5 | Denied | BRHILL | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Inmate Pamplin-
WSCC is considered a barrier free institution. If you are having difficulty walking due to medical issues, please follow proper protocol by submitting a kite to be seen by a medical provider, and you will be scheduled accordingly. Grievance is denied.
K. McCullah, R.N.

_Kim McCullah_  15 Oct 2018
GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   OCT-10-18 10:42 AM

Page 1 of 1

PAMPLIN 111: Def. MSJ Exh. 7 - 001

18

Log Number 200603071940

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: John J Pamplin    I.D. NUMBER: 74405

INSTITUTION: Warm Springs    UNIT: 4R 4

GRIEVANT'S STATEMENT: Yes, I'm in pain due to long walk to chow and pill twice daily down hill going and up the hill back. Now I've got a flat yard restriction from the Doctor because of my injured right hip and lower back. Yet NDOC classified me to this hill in violation to Doctor's

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 8/14/18 TIME: 10:00 AM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE RESPONSE: _____

See attached, dated 10/10/18

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD  _X_ GRIEVANCE DENIED  ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES  _X_ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 10/19/18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:   To inmate when complete, or attached to formal grievance
Canary:    To Grievance Coordinator
Pink:      Inmate's receipt when formal grievance filed
Gold:      Inmate's initial receipt

RECEIVED
SEP 25 2018
WSCC

DOC 3093 (12/01)

PAMPLIN 111: Def. MSJ Exh. 7 - 002

19

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: John Q. Pamplin   I.D. NUMBER: 74485

INSTITUTION: Warm Springs   UNIT #: 4A

GRIEVANCE #: 1   GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2

Strict Orders I'm requesting an immediate Transfer to a flat yard to releave me of the suffering and pain trying to walk too and from chow hall & pill call twice daily up and down this hill. Or Hd See me so I dont have to futher injure myself by walking these great distance without the medical dropfoot brace which As of yet has Not been provided since the officer took it in 2013 Please help with this most important matter.

Thanks in advance

Original:     Attached to Grievance
Pink:         Inmate's Copy

RECEIVED
SEP 2 9 20
DOC - B997 (00108)   NSCC

PAMPLIN 111: Def. MSJ Exh. 7 – 003

20

Log Number 2006307194S

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: John D Pamplin   I.D. NUMBER: 74405

INSTITUTION: WSCC   UNIT: 4B4

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006307194 , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Pamplin John   DATE: 11-6-18

WHY DISAGREE: Resubmitting First level didn't provide all documentation which Now I included informal with Report Statement And First level with improper memo () Yes, I in great pain due to the long walk up and down the hill going to pill call on chow twice daily which I've got a flat yard restriction.

GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: 11/6/18

FIRST LEVEL RESPONSE: _____

See Attached, dated 11/19/18

GRIEVANCE UPHELD  X   GRIEVANCE DENIED ____   ISSUE NOT GRIEVABLE PER AR 740 ____

WARDEN'S SIGNATURE: _____   TITLE: _____   DATE: 11/18/11

GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: 11/18/11

INMATE AGREES  X   INMATE DISAGREES _____

INMATE SIGNATURE: John D Pamplin   DATE: 11/27/18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:      To inmate when complete, or attached to formal grievance
Canary:       To Grievance Coordinator
Pink:         Inmate's receipt when formal grievance filed
Gold:         Inmate's initial receipt

Rec'd
11-7-18
AA

RECEIVED
BY WSCC

DOC 3093 (12/01)

PAMPLIN 111: Def. MSJ Exh. 7 - 005

21



**State of Nevada**
**Department of Corrections**

*INMATE GRIEVANCE REPORT*

**ISSUE DATE:** 09/25/2018

**ISSUE ID#** 20063071940

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| PAMPLIN, JOHN D | 74405 | RTRN_L1 | CLUCAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 11/19/2018 | 4 | Denied | BRHILL | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Inmate Pamplin, as stated in the answer in your informal grievance WSCC is considered a barrier free yard. We will schedule you with a provider to discuss your classification and need for a new AFO. If the provider agrees you need a new AFO, it will be submitted to the Utilization Review Committee for approval. If approved you will be scheduled with Ortho Pro and a new AFO will be ordered. Grievance denied.

GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   NOV-19-18 02:00 PM

Page 1 of 1

PAMPLIN 111: Def. MSJ Exh. 7 - 004

22

LOG NUMBER: 2006 30 7/440

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME John Pamplin          I.D. NUMBER 74405

INSTITUTION WSCC          UNIT 4B3

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006 30 7/940 , ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE _____ DATE 11-27-18

WHY DISAGREE Submitting Second level with all documents to inform & Report Statement Attached And first level And memo defm in great pain due to the long walk up and down this hill going to pill Call and Chow twice daily which Are got a flat yard restriction due to my injured right hip and lowe

GRIEVANCE COORDINATOR SIGNATURE _____ DATE 11/30/1

SECOND LEVEL RESPONSE _____
_____
_____
_____
_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE _____ TITLE MD DATE 2/19/19

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE 2/21/19

INMATE SIGNATURE: _____ DATE: _____

### THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Recvd
11-28-18

WSCC

DOC 3094 (12/01)

PAMPLIN 111: Def. MSJ Exh. 7 - 007

23



### State of Nevada
### Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063071940

**ISSUE DATE:**   09/25/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| PAMPLIN, JOHN D | 74405 | RTRN_L2 | MMINEV |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 02/07/2019 | | Resolved | VAUSTIN | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Mr. Pamplin, Upon review of your Second Level Grievance and prior informal and First Level responses your Grievance is resolved. You recently saw the provider at WSCC. You discussed WSCC as a "Barrier Free Yard?. The distance from Unit 4 to Culinary and Pill call is not greater than 200 yards. You can generally get your pills at the same time you get meals. He did put in a request for a new foot brace which UR has approved and you will be scheduled to see Ortho Pro, accordingly. You have also been prescribed medication for your pain management. I believe all of your concerns have been addressed and resolved.

GRIEVANCE RESPONDENT

Page 3 of 4

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   FEB-07-19 02:59 PM

24

PAMPLIN 111: Def. MSJ Exh. 7 - 006

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: _Pamplin_     I.D. NUMBER: _74485_

INSTITUTION: _WSCC_     UNIT #: _U4B3_

GRIEVANCE #: _2006307/940_     GRIEVANCE LEVEL: _Second_

GRIEVANT'S STATEMENT CONTINUATION:     PG. _2_ OF _2_

back Yet NDOC Classified me to this prison
with a steep hill in Violation of the doctors
orders when requesting a immediate transfer
to a flat prison yard which would relieve
me of the suffering and pain of daily walking
up & down this hill Also Provide me with
a dropfoot brace which The doctor has
approved. As of date Ive Not receive a
dropfoot brace to support my walking disability
Clearly there a steep hill here at WSCC
which is causing great pain and suffering.
And Please provide me with the dropfoot
brace Plus Shoes to help support
my walking disability

Thanks in advance

Original:     Attached to Grievance
Pink:     Inmate's Copy

DOC 3097 (06/02)

PAMPLIN 111: Def. MSJ Exh. 7 - 008

25

Exhibit # 6

Entitled Receipts of Prosthetic Medical Devices

1. Singl Point Cane Dated 2/2/18
2. Right AFO Prosthetic Medical dropfoot Device
3. Orthopedic Mens Shoes Dated 3/22/21

## Returnable Items:

You are being given a prosthetic or medical device that is the property of Nevada Department of Corrections. Abuse, misuse, or loss of the device will be your responsibility. You will be responsible for replacement of the device at your own expense if it is not returned after use.

I have received the following RETURNABLE item(s):

| | ITEM / TYPE / ID# | ISSUING INSTITUTION | DATE | INMATE SIGNATURE | STAFF WITNESS |
|---|---|---|---|---|---|
| 1. | Single Point Cane | WSCC | 02/02/18 | x | CGreenen |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## Non-Returnable Items:

I have received the following NON-RETURNABLE item(s):

| | ITEM / TYPE / ID# | ISSUING INSTITUTION | DATE | INMATE SIGNATURE | STAFF WITNESS |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

NEVADA DEPARTMENT OF CORRECTIONS

**RECEIPT FOR PROSTHETIC/MEDICAL DEVICE**

NAME: Pamplin, John
Last          First          MI

ID# 74405

Reference Medical Directive #410

DOC 2522 (03/17)

PAMPLIN 111: Def. Rule 26 Disclosures - 071

27

## Returnable Items:

You are being given a prosthetic or medical device that is the property of Nevada Department of Corrections. Abuse, misuse, or loss of the device will be your responsibility. You will be responsible for replacement of the device at your own expense if it is not returned after use.

I have received the following RETURNABLE item(s):

| | ITEM / TYPE / ID# | ISSUING INSTITUTION | DATE | INMATE SIGNATURE | STAFF WITNESS |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## Non-Returnable Items:

I have received the following NON-RETURNABLE Item(s):

| | ITEM / TYPE / ID# | ISSUING INSTITUTION | DATE | INMATE SIGNATURE | STAFF WITNESS |
|---|---|---|---|---|---|
| 1. | Right AFO | NNCC | 8-1-19 | _(signature)_ | _(signature)_ |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

NEVADA DEPARTMENT OF CORRECTIONS

### RECEIPT FOR PROSTHETIC/MEDICAL DEVICE

NAME: Pamplin   John
Last   First   MI

ID# 74405

Reference Medical Directive #410

OOC 2522 (03/19)

PAMPLIN 111: Def. Rule 26 Disclosures - 076

28

**OrthoPro Carson City**
415 W. Sophia Street Ste 200
Carson City, NV 89703-8815
(775) 841-0660

# 74405

Quote # 26792
Date 03-22-19

Bill To:
Hometown Health/DOC
PO Box 981703
El Paso TX 799981703

Provided To:
John Pamplin
PO Box 7000
Carson City NV 89702

Diagnosis Code : M21.371

| SRV FROM | QTY | ITEM | DESCRIPTION | FEE | TOTAL |
|----------|-----|------|-------------|-----|-------|
| 03-22-19 | 1 | L1960 RT | Afo pos solid ank plastic mo | 686.13 | 686.13 |
| 03-22-19 | 1 | L2820 RT | Soft interface below knee se | 107.50 | 107.50 |
| 03-22-19 | 2 | L3219 RT LT | Orthopadic mens shoes oxford | 70.00 | 140.00 |
| 03-22-19 | 2 | L3040 RT LT | Ft arch suprt premold longit | 45.60 | 91.20 |

Subtotal     1024.83

Total       :    1024.83
Discount    :     265.45
            ---------
Total Due   :     759.38

NOTE
ID    : 0000074405

*noted/deny*
*copy to M/R*

*04/09/19*
*dwb*

Certificate of Service

I Certify that I am the Plantiff And that on this 29th Day of Nov 2021 I'll Cause to be Served A True and Correct Copy of the foregoing Opposition to Defendants Summary Judgment by Placen it in US Mail

To Clerk of US District
400 S. Virginia St Room 301
Reno, NV 89501


By John L. Pamphu

Pamplin, John 74405
WSCC POB 7007
Carson City, NV
89702

Mail Out
11/29/21

Legal
Confidential

View Me @ Write A D-
Prissner.com

OFFICE OF THE ATTORNEY GENERAL
LAS VEGAS, NEVADA

DEC 06 2021

ADMINISTRATION

Douglas Rands.
555 E. Washington
Las Vegas, NV
89101

19 yrs Actually Innocent of All Elements of 1st Degree Murder
Due to fundamental Miscarriage of Justice, Ineffective Counsel
Racism And fraud

Seeking legal And
Moral Support

Please Post My Story Online Show the World Judicial Racism in Nevada



Pamplin John 74445
WSCC PoB 7007
Carson City, NV
89702
Mail Out 1/7/22

U.S Fed District Court Clerk
400 S. Virginia St Room #301
Reno, NV 89501

XRAYED US MARSHALS

LEGAL MAIL
CONFIDENTIAL

quadient
FIRST-CLASS MAIL
01/12/2022
US POSTAGE $001.76⁰
ZIP 89701
041M12254125

37ve
View Me @ Write A Prisoner.com

14 yrs Actually Innocent of 1st Degree Murder

See Pending Habeas @ 8th District Clark County N.V.

Case # A1877847-W

Please Post My Information On line

Show the Racism And Evilness in N.V. Justice System

NEVADA DEPARTMENT OF CORRECTIONS
WARM SPRINGS CORRECTIONAL CENTER

JAN 11 2022

OUTGOING MAIL