UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| JOHN DAVID PAMPLIN, | ) | 3:20-cv-00111-CLB |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATE: August 22, 2023 |
| | ) | |
| C. LUCAS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE CARLA BALDWIN,   U.S. MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann     Court Reporter:   Liberty Recorder

Counsel for Plaintiff(s):   None Appearing

Counsel for Defendant(s):   Jessica Brown

PROCEEDINGS: TELEPHONIC STATUS CONFERENCE

9:00 a.m. Court convenes.

The Court recites the chronology of events in this action as it pertains to the remand from the Ninth Circuit and notes that the purpose of this hearing is to determine how best to proceed with this litigation.

The Court notes that pro bono counsel has not made an appearance in this case; therefore, it is Mr. Pamplin's responsibility to litigate this action. However, Mr. Pamplin is not present at this proceeding as he refused to come out of his cell for this hearing. In addition, the Court notes that if pro bono counsel intends to represent Mr. Pamplin in this matter that they are required to file a notice of appearance and retain local counsel if they

are not licensed in the State of Nevada.

      The Court states for the record that this case will proceed.

      The Court finds that an order to show cause will be issued as to why this case should not be dismissed for Mr. Pamplin's failure to follow the Court's order and failure to show for this hearing.

      Mr. Brown reports that pro bono counsel was willing to pro hac vice into this case; however, Mr. Pamplin refused to leave his cell to speak with pro bono counsel.

IT IS SO ORDERED.

9:04 a.m. Court adjourns.

                                                  DEBRA K. KEMPI, CLERK

                                                  By:_____/s/_____
                                                    Lisa Mann, Deputy Clerk