UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JOHN DAVID PAMPLIN,<br><br>　　Plaintiff(s),<br><br>vs.<br><br>C. LUCAS, et al.,<br><br>　　Defendant(s), | CASE NO. 3:20-cv-00111-CLB<br><br>**ORDER TO SHOW CAUSE** |

IT IS ORDERED that plaintiff, JOHN DAVID PAMPLIN telephonically appear before the Honorable Carla Baldwin, United States Magistrate Judge, on the **6th** day of **October, 2023**, at **9:00 a.m.,** in Reno Courtroom No. 1, to show cause why this case should not be dismissed for Mr. Pamplin's failure to comply with this Court's order and appear for the Telephonic Status Conference that was set for August 22, 2023 at 9:00 a.m. (ECF No. 67.)

The Attorney General's Office shall make the necessary arrangements for the telephonic appearance of Mr. Pamplin and shall provide the Courtroom Deputy at lisa_mann@nvd.uscourts.gov with the telephone number at which he can be reached for this hearing. Ms. Brown shall dial **877-336-1829** to be properly connected into the courtroom. The **access code** is **2809752**.

IT IS ORDERED, within five (5) days of the scheduled show cause hearing, plaintiff, Mr. Pamplin shall file objections to this order, if any.  A copy of any objections shall be served upon opposing counsel.

DATED: August 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CARLA BALDWIN
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE